IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY J. WESTHOFF | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-501 |
| | : | |
| ERICKA T. MORAN, et al. | : | |

**ORDER**

And now this 13th day of May, 2009, upon careful and independent review of the petition for a writ of habeas corpus, it is hereby ORDERED that:

1. The Report and Recommendation of Magistrate Judge L. Felipe Restrepo is APPROVED and ADOPTED;[1]

2. The petition for a writ of *habeas corpus* is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and,

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez                    J.

---

[1] Magistrate Judge Restrepo's thorough Report properly recommended denying Petitioner's writ because he was not in custody as required by 28 U.S.C. § 2254 for the incarceration he was challenging, but was in custody on an unrelated matter. Petitioner is no longer in custody on any matter; thus, habeas review is not even arguably available to him. *Barry v. Bergen County Probat'n Dept.*, 128 F.3d 152, 160 (3d Cir. 1997).